JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HORTON, an Individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CBRE, INC., a Delaware Corporation; HONEYWELL INTERNATIONAL, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: 2:25-cv-08602-JLS-RAO<br><br>**ORDER GRANTING STIPULATION TO ARBITRATE PLAINTIFF'S CLAIMS AND DISMISS CIVIL ACTION (Doc. 18)** |

Having received and considered the Stipulation To Arbitrate Plaintiff's Claims And Dismiss Civil Action between Plaintiff Christopher Horton ("Plaintiff") and Defendants CBRE, Inc. ("CBRE") and Honeywell International, Inc. ("Honeywell") (the "Stipulation") (Doc. 18), and good cause appearing, the Court ORDERS as follows:

1. Plaintiff shall submit the claims asserted in the Complaint (Doc. 1, Ex. A) against CBRE and Honeywell to final and binding arbitration before JAMS, pursuant to the terms of the parties' arbitration agreement; and

2. The Court proceedings in this action are hereby dismissed in their entirety in favor of final binding arbitration.

DATED: October 21, 2025

*[signature]*
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE